# EXHIBIT H

# Sunpower executives involved in illegal transfer of shares lodge report with CAD



SINGAPORE (Dec 5): Sunpower Group's executive chairman Guo Hongxing and executive director Ma Ming have approached and lodged a report with the Commercial Affairs Department (CAD) and issued a press release regarding their involvement with the illegal transfer of 28 million shares in the group.

To recap, Guo and Ma, both substantial shareholders of Sunpower, had entered into a personal loan agreement with lender America 2030 Capital while providing 14 million Sunpower shares each – representing a total 3.78% stake in the company – as collateral.

Both executives have now obtained an ex parte interim injunction to restrain the lender and related parties from selling these shares.

Sunpower called for a trading halt earlier in November to disclose the information upon receiving the news.

In Tuesday filing, the China-based manufacturer of energy-saving and environmental protection products emphasises that the move was entirely on Guo and Ma's parts, and that their decision to lodge a report with the CAD was self-initiated and voluntary.

According to group, it is not involved in Guo and Ma's illegal trading of its shares, and therefore its business and operations are not affected in relation.

See: Sunpower says not in breach of any loan covenant; able to continue as going concern

"The company remains fully operational and dedicated to executing the Green Investments (GI) growth strategy, which the board believes has the potential to improve Shareholders' value in the long term," adds Sunpower.

Shares in the group closed 2.5 cents lower at 34 cents on Tuesday.