# EXHIBIT H

# Sunpower says illegal transfer out of 28 mil shares reason for trading halt



SINGAPORE (Nov 9): Sunpower Group, the China-based manufacture of energy saving and environmental protection products, has finally revealed the reason for calling a trading halt on Monday.

In a Thursday night filing, Sunpower says the move followed the alleged illegal transfer of a total of 28 million shares belonging to executive chairman Guo Hongxin and executive director Ma Ming out of a designated account.

On Oct 17, Guo and Ma, through their respective subsidiaries, had entered into a personal loan agreement with lender America 2030 Capital. As collateral, Guo and Ma had provided 14 million Sunpower shares each -- representing a total 3.78% stake in the company -- as collateral.

Guo holds 147.7 million shares or a 19.98% stake in Sunpower while Ma holds 128.5 million shares or a 17.39% stake.

"The loan, which has not been disbursed to the borrowers, is for the borrowers' personal use, and the borrowers would be seeking legal advice and intend to commence legal proceedings against the lender in respect of the collateral shares," says Sunpower in its filing.

Upon receipt of the news, a trading halt was called by Sunpower on Monday to enable the company to disclose material information and minimise the potential existence of a disorderly market.

Sunpower adds that the Supreme Court of Singapore on Thursday had granted an order to restrain America 2030 and related parties from selling the shares and benefit from proceeds resulting from the sale.

Shares in Sunpower had traded at 39 cents before the halt.